**Levi BOYLES, Appellant, v. STATE, Appellee.**

No. 21439.

Court of Criminal Appeals of Texas.

Dec. 11, 1940.

LeRoy Neal, of Gladewater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at two years in the penitentiary.

·Since the jurisdiction of this court attached, appellant has filed his affidavit advising the court that he does not desire further to prosecute his appeal, and at his request the same is ordered dismissed.

---

**Gilbert SINGLETON and Eldon Lee, Appellants, v. STATE of Texas, Appellee.**

No. 21358.

Court of Criminal Appeals of Texas.

Dec. 4, 1940.

F. H. Hammond, of Burnet, and Tom L. Robinson, of Gatesville, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellants' plea of guilty of the offense of theft of one sheep, and the waiver of a trial by jury, the court assessed their penalty at two years' confinement in the penitentiary each.

Accompanying the record is the written motion of the appellants, duly verified, requesting the privilege of withdrawing their appeal. The request is granted and the appeal is dismissed.

---

**Gilbert SINGLETON and Eldon Lee, Appellants, v. STATE of Texas, Appellee.**

No. 21359.

Court of Criminal Appeals of Texas.

Dec. 4, 1940.

F. H. Hammond, of Burnet, and Tom L. Robinson, of Gatesville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellants each were convicted for the theft of sheep, punishment of each assessed at two years in the penitentiary.

Since the jurisdiction of this court attached appellants have filed their respective affidavits advising the court that they do not desire longer to prosecute their appeals, and the same will be dismissed at the request of appellants.

---

**A. J. KLEIN et ux, Plaintiffs in Error, v. UVALDE ROCK ASPHALT CO., Defendant in Error.**

No. 3744.

Court of Civil Appeals of Texas. Beaumont.

Nov. 14, 1940.

W. R. Blain, of Beaumont, for plaintiffs in error.

Geo. A. Weller, of Beaumont, for defendant in error.

WALKER, Chief Justice.

This appeal was prosecuted from County Court of Jefferson County, at Law, Jefferson County, Texas. An examination of the assignments and propositions does not disclose error. On authority of Texas & N. O. R. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040, the judgment of the lower court is affirmed without written opinion.